UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PERNILLE FUNK, :
: HONORABLE JOSEPH E. IRENAS
        Plaintiff, :
: CIVIL ACTION NO. 06-1410 (JEI)
   v. :
:
MICHAEL CHERTOFF, SECRETARY : **ORDER GRANTING DEFENDANT'S**
OF THE DEPARTMENT OF : **MOTION FOR SUMMARY JUDGMENT**
HOMELAND SECURITY, : **(Docket No. 8)**
:
        Defendant. :

**APPEARANCES:**

THE PEARCE LAW FIRM
By: Edith A. Pearce, Esq.
1601 Sansom Street, Suite 2C
Philadelphia, Pennsylvania 19103
    Counsel for Plaintiff

CHRISTOPHER J. CHRISTIE, UNITED STATES ATTORNEY
By: Paul A. Blaine, Esq., Assistant United States Attorney
401 Market Street, Fourth Floor
Camden, New Jersey 08101
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon the Motion for Summary Judgment of Defendant Michael Chertoff, Secretary of the Department of Homeland Security, the Court having considered the submissions of the parties, having heard oral argument on the motion, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 16th day of January, 2007,

    **ORDERED THAT:**

Defendant's Motion for Summary Judgment is hereby **GRANTED.**


        <u> s/ Joseph E. Irenas          </u>
        JOSEPH E. IRENAS
        Senior United States District Judge